FILED
May 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003492520

2
J. Michael Hopper
Bankruptcy Trustee
P.O. Box 73826
Davis, CA 95617
(530) 757-2033

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

ROBERTA ANNE ZANE

,Debtor,

Case No. 11-26383-A-7
Chapter 7

DCN: JMH-1

Date: June 13, 2011
Time: 10:00 a.m.
Location: 501 I street, 7th Floor
Court Room 28
Sacramento, CA 95814

## MOTION FOR SALE OF EQUITY IN VEHICLE TO THE DEBTOR

I, J. MICHAEL HOPPER, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of the Estate's equity interest in a vehicle of the estate to the Debtor.

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. § 1409. Consideration of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N).

2. The Debtor commenced the above-referenced bankruptcy case by filing a voluntary Chapter 7 petition on March 15, 2011.

3. Trustee is the duly appointed Chapter 7 trustee.

4. The Debtor has listed in her bankruptcy Schedule B an interest in a 2003 Honda Accord LX ("ACCORD") valued at $8,200. The California vehicle ID is 1HGCM66573A003629 and the plate number is 6KCA208. The Debtor can exempt $2,725. The Estate's equity interest in the vehicle is $5,475.

5. There are no perfected security interests against the ACCORD.

6. The Trustee has determined that if the ACCORD were to be successfully auctioned for the full value listed in Schedule B, the costs of sale would be approximately $1,890, netting the Estate, after the allowed exemption, $3,585. Therefore, the Trustee has determined that the administration of this asset of the estate would best be served with the willing buyer/willing seller method. The Trustee has received an offer from the Debtor to purchase the Estate's equity interest in the ACCORD for $3,775. The Debtor shall be responsible for any and all sales tax and transfer fees, if any. The Debtor has tendered $3,775 to the Trustee. The Trustee has accepted this offer subject to the approval of the United States Bankruptcy Court and subject to overbid.

7. The ACCORD is in fair condition and the mileage is over 32,000 miles. The on-line NADA trade-in value is $8,650 for fair condition.

8. Overbidding is recommended in increments of $100.00 with overbids starting at a value of $8,200 or higher. The successful buyer shall pay to the Trustee the purchase price at the time and place of the date of the hearing by certified funds.

9. The Trustee requests authority to sell the Estate's equity interest in the ACCORD for $3,775 to the Debtor Roberta Anne Zane.

WHEREFORE, J. Michael Hopper prays for an order as follows:

1. The Court approve the sale of the Estate's equity interest in the 2003 Honda Accord LX described above to the Debtor, Roberta Anne Zane, or over-bidder at a higher value;

2. The Court authorizes the Trustee to provide a Bill of Sale and/or exercise any other documents as may be required to transfer the ACCORD to the Buyer; and

3. For such other and further relief as the Court deems appropriate.

DATE: May 15, 2011

J. Michael Hopper
Chapter 7 Trustee